IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD WILLIS FULTON                                                                                    PLAINTIFF
ADC #086678

v.                                          4:20-cv-01478-JM-JJV

TIM RYLES, Sheriff, Faulkner County; *et al.*                                                      DEFENDANTS

### ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his inadequate medical care and excessive force claims against Defendants LPN Linzee Whitaker, MA Leanne Dixon, and Corrections Officer Whitaker.

2. Defendant Sheriff Tim Ryles is DISMISSED without prejudice from this lawsuit.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE