# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICHARD WILLIS FULTON
ADC #086678                                                                                      PLAINTIFF

v.                                            4:20-cv-01478-JM-JJV

TIM RYLES, Sheriff, Faulkner County, *et al.*                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Richard Willis Fulton was a prisoner in the Faulkner County Detention Center when he filed his *pro se* lawsuit, pursuant to 42 U.S.C. § 1983, alleging Defendant violated his constitutional rights. (Doc. 2.) Soon thereafter, I entered an Order explaining Plaintiff's obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of Court and advised him the case could be dismissed if he failed to do so. (Doc. 3.) Importantly, that

1

Order was not returned to the Clerk as undeliverable. However, subsequent Orders were returned because Plaintiff was released from the Faulkner County Detention Center without providing a forwarding address. (Docs. 4, 5, 6.) Accordingly, on February 25, 2021, I gave Plaintiff thirty (30) days to file an updated address and a new *in forma pauperis* application. (Doc. 7.) And, I reminded him this case would be dismissed if he failed to timely do so.

Plaintiff has not responded to my Order, and the time to do so has expired. Because the Clerk does not have a valid address for him, it would be futile to grant him an extension of time to comply with my instructions. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 31st day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE