IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD WILLIS FULTON                                                                PLAINTIFF
ADC #086678

v.                                    4:20-cv-01478-JM-JJV

TIM RYLES, Sheriff, Faulkner County; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE