# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICHARD WILLIS FULTON  
ADC #086678                                                                                                           PLAINTIFF

v.                                      4:20-cv-01478-JM-JJV

TIM RYLES, Sheriff, Faulkner County, *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 20th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE